In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00402-CV**

_____

**MICHAEL LEE MITCHELL, Appellant**

**V.**

**TAMMY MITCHELL, Appellee**

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. CAL-11095**

**MEMORANDUM OPINION**

On September 7, 2012, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. The appellant, Michael Lee Mitchell, did not respond to the Court's notices. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the

record, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered November 1, 2012
Before McKeithen, C.J., Gaultney and Horton, JJ.